THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLINT ENGELBRETSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAGELCODE USA, INC., a Washington corporation; GOOGLE LLC, a Delaware limited liability company; and GOOGLE PAYMENT CORP., a Delaware corporation,<br><br>Defendant. | No. 2:21-cv-00296-JLR<br><br>**STIPULATION AND [PROPOSED] ORDER TO STRIKE OR EXTEND PRETRIAL DEADLINES**<br><br>**NOTE ON MOTION CALENDAR: APRIL 16, 2021** |

**STIPULATION**

Pursuant to previous stipulations among the parties and orders of this Court, Defendants will be responding to Plaintiff's Complaint on or before May 24, 2021. Dkt. Nos. 11, 17. On April 5, 2021, the Court entered two scheduling orders setting various other initial deadlines, the first of which is set for April 19, 2021. Dkt. Nos. 30-31. The parties expect Defendants will file motions responsive to Plaintiff's Complaint on or before May 24, 2021. To preserve the resources of the parties and the Court, the parties wish to strike the deadlines set by the Court in Docket Nos. 30-31 and reset them after the Court has ruled on Defendants' expected motions.

Accordingly, the parties stipulate and agree as follows:

All deadlines set in Docket Nos. 30-31 are stricken. The Court will reset those deadlines after the Court rules on all motions filed in response to Plaintiff's Complaint on or before May 24, 2021.

Alternatively, if the Court prefers to reset the deadlines now, the parties agree that the Court should set new deadlines as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) conference: | 7/23/21 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 8/6/21 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 8/13/21 |
| Deadline to complete discovery on class certification (not to be construed as a bifurcation of discovery): | 11/8/21 |
| Deadline for Plaintiffs to file motion for class certification (noted on the fourth Friday after filing and service of the motion pursuant to Local Rules W.D. Wash. LCR 7(d)(3) unless the parties agree to different times for filing the response and reply memoranda): | 12/8/21 |

//
//
//
//
//
//

Striking or extending these deadlines is done for good cause. Fed. R. Civ. P. 16(b)(4). The extensions will conserve the resources of the parties and the Court, and enable this action to proceed in the manner most efficient for the parties and the Court.

DATED this 16th day of April, 2021.

HILLIS CLARK MARTIN & PETERSON P.S.

By  *s/Jake Ewart*
Eric D. Lansverk, WSBA #17218
Jake Ewart, WSBA #38655
Alexander M. Wu, WSBA #40649
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745; Fax: (206) 623-7789
E-mail:  eric.lansverk@hcmp.com
jake.ewart@hcmp.com; alex.wu@hcmp.com

*Admitted Pro Hac Vice*:
BAKER & MCKENZIE LLP

Teresa H. Michaud
10250 Constellation Boulevard, Suite 1850
Los Angeles, CA  90067
Tel: (310) 201-4728; Fax: (310) 201-4721
Email: Teresa.michaud@bakermckenzie.com

Bradford K. Newman
Alexander G. Davis
600 Hansen Way
Palo Alto, CA  94304
Tel: (650) 856-2400; Fax: (650) 856-9299
Email: bradford.newman@bakermckenzie.com;
alexander.davis@bakermckenzie.com

Attorneys for Defendants Google LLC and Google Payment Corp.

| | |
|---|---|
| 1 | |
| 2 | By  s/Eric R. Draluck |
| 3 | s/Patrick H. Peluso |
|   | Eric R. Draluck, WSBA No. 19881 |
|   | 271 Winslow Way E., Suite 11647 |
| 4 | Bainbridge Island, WA  98110 |
|   | Tel: 206.424.0234 |
| 5 | Email: eric@dralucklaw.com |
| 6 | |
|   | Steven L. Woodrow (*Admitted Pro Hac Vice*) |
| 7 | swoodrow@woodrowpeluso.com |
|   | Patrick H. Peluso (*Admitted Pro Hac Vice*) |
| 8 | ppeluso@woodrowpeluso.com |
|   | **WOODROW & PELUSO, LLC** |
| 9 | 3900 East Mexico Ave., Suite 300 |
|   | Denver, Colorado  80210 |
| 10 | Tel: (720) 213-0675; Fax.:  (303) 927-0809 |
| 11 | Attorneys for Plaintiff |
|   | **CALFO EAKES LLP** |
| 12 | |
| 13 | |
|   | By *s/Emily Dodds Powell* |
| 14 | Emily Dodds Powell, WSBA #49351 |
|   | 1301 Second Avenue, Suite 2800 |
| 15 | Seattle, WA 98101 |
|   | Phone: (206) 407-2200 |
| 16 | Fax: (206) 407-2224 |
| 17 | Email: emilyp@calfoeakes.com |
| 18 | *Admitted Pro Hac Vice* |
|   | Behnam Dayanim |
| 19 | PAUL HASTINGS |
| 20 | 2050 M Street NW |
|   | Washington, DC 20036 |
| 21 | Phone: (202) 551-1737 |
| 22 | Fax: (202) 551-0237 |
|   | Email: bdayanim@paulhastings.com |
| 23 | |
| 24 | Andy LeGolvan, WSBA #53418 |
|   | 4747 Executive Drive, Twelfth Floor |
| 25 | San Diego, CA 92121 |
|   | Phone: (858) 458-3006 |
| 26 | Fax: (858) 458-3005 |
| 27 | Email: andylegolvan@paulhastings.com |
| 28 | *Attorneys for Defendant Bagelcode USA, Inc.* |

# ORDER

IT IS SO ORDERED. The Court hereby strikes all deadlines contained in Docket Nos. 30-31, and will reset those deadlines after the Court has ruled on all motions filed by Defendants on or before May 24, 2021 in response to Plaintiff's Complaint.

DATED this 19th day of April, 2021.

_____
Honorable James L. Robart,
U.S. District Court Judge