The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLINT ENGELBRETSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAGELCODE USA, INC., a Washington corporation; GOOGLE LLC, a Delaware limited liability company; and GOOGLE PAYMENT CORP., a Delaware corporation,<br><br>Defendants. | No. 2:21-cv-00296-JLR<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS**<br><br>NOTE ON MOTION CALENDAR: MAY 18, 2021 |

**STIPULATION**

This Stipulation is made and entered into by and between Plaintiff Clint Engelbretson, individually and on behalf of all others similarly situated ("Plaintiff"), on the one hand, and Defendants Google LLC and Google Payment Corp. and Defendant Bagelcode USA, Inc. ("Defendants") on the other hand (collectively, "the Parties"), in order to request a stay of proceedings in this action, including Defendants' deadline to respond to Plaintiff's Class Action Complaint, filed on March 5, 2021 (Dkt. No. 1) ("the Complaint").

The Parties request a stay pending a decision by the United States Judicial Panel on Multidistrict Litigation ("JPML") in the case styled *In Re Google Play Store Simulated Casino-Style Games Litigation*, MDL Case No. 3001. The Parties stipulate to the following:

*Stipulation and [Proposed] Order to Stay Proceedings:*
*No 2:21-cv-00296-JLR - 1*

**Hillis Clark Martin & Peterson P.S.**
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745

1. Plaintiff filed his Class Action Complaint on March 5, 2021 (Dkt. No. 1).

2. Defendants' deadline to file an answer or a responsive pleading to the Complaint is May 24, 2021 (Dkt. Nos. 11 and 17).

3. On April 19, 2021, the Court issued an Order granting the Parties' Stipulation to vacate the deadlines relating to initial disclosures, joint status report, and class certification (Dkt. No. 33).

4. On March 29, 2021, Plaintiff Maria Valencia Torres and Plaintiff Michael Brown (*see* Chart of Cases At Issue ("Chart"), attached as **Exhibit 1**) filed a Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Centralized Pretrial Proceedings to the Northern District of California (the "Transfer Motion") in the litigation styled *In Re Google Play Store Simulated Casino-Style Games*, MDL Case No. 3001, pending before the JPML.

5. The Transfer Motion requested that the cases listed on the Chart be centralized in the Northern District of California. The hearing on the Transfer Motion is presently set for May 27, 2021.

6. There are overlapping issues between this case and the cases at issue before the JPML, and Defendants Google LLC and Google Payment Corp. intend to file a "Notice of Tag-Along Case" in the JPML litigation.

7. On May 17, 2021, all Parties met and conferred and agreed that a stay is necessary and appropriate to preserve the Court's resources and achieve the judicial economies that underlie 28 U.S.C. § 1407, and that the burden of duplicative litigation weighs heavily in favor of staying proceedings pending a resolution of the MDL transfer.

8. The Parties will advise this Court promptly upon the ruling on the Transfer Motion.

9. This Stipulation is made for good cause, without intention of delay, and without in any way impacting or prejudicing any of the Parties' respective rights. For

*Stipulation and [Proposed] Order to Stay Proceedings:*
*No 2:21-cv-00296-JLR* - 2

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745

example, Defendants' defenses to the Complaint are preserved, and Defendants retain the right to file a motion under Federal Rule of Civil Procedure 12, a motion to compel arbitration, or any other motion after the stay is lifted without any impact or prejudice from agreeing to the stay.  Plaintiff likewise retains any rights he may have, including to appear before the MDL panel and suggest the case should not be transferred without any impact or prejudice from agreeing to the stay.

10. If for any reason the Court declines to stay these proceedings, the Parties have agreed that Defendants may file any motion, responsive pleading or otherwise respond to Plaintiff's Complaint within two weeks from the date the Court denies this Stipulation.

11. This is the first stipulation requesting a stay of proceedings in this action.

**NOW THEREFORE,** in consideration of the foregoing, the Parties, by and through their respective counsel, hereby **STIPULATE** and **AGREE** as follows:

1. The proceedings of the present case are stayed, pending the issuance of a decision by the United States Judicial Panel on Multidistrict Litigation in the case styled *In Re Google Play Store Simulated Casino-Style Games Litigation*, MDL Case No. 3001.  The Parties will promptly notify this Court of the JPML decision regarding the Transfer Motion.

2. If the Court for any reason declines to grant this Stipulation, Defendants will have an extension of time of two weeks, starting from the date of the order denying this Stipulation, to file any motion, responsive pleading or otherwise respond to Plaintiff's Complaint.

//

//

//

//

*Stipulation and [Proposed] Order to Stay Proceedings:*
*No 2:21-cv-00296-JLR - 3*

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED this 18th day of May, 2021.

HILLIS CLARK MARTIN & PETERSON P.S.

By  *s/Jake Ewart*
Eric D. Lansverk, WSBA #17218
Jake Ewart, WSBA #38655
Alexander M. Wu, WSBA #40649
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745; Fax: (206) 623-7789
E-mail:  eric.lansverk@hcmp.com
jake.ewart@hcmp.com; alex.wu@hcmp.com

*Admitted Pro Hac Vice*
BAKER & MCKENZIE LLP

Teresa H. Michaud
10250 Constellation Boulevard, Suite 1850
Los Angeles, CA  90067
Tel: (310) 201-4728; Fax: (310) 201-4721
Email: Teresa.michaud@bakermckenzie.com

Bradford K. Newman
Alexander G. Davis
600 Hansen Way
Palo Alto, CA  94304
Tel: (650) 856-2400; Fax: (650) 856-9299
Email: bradford.newman@bakermckenzie.com;
alexander.davis@bakermckenzie.com

Attorneys for Defendants
Google LLC and
Google Payment Corp.

*Stipulation and [Proposed] Order to Stay Proceedings:*
*No 2:21-cv-00296-JLR - 4*

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745

CALFO EAKES LLP

By  *s/Emily Dodds Powell*
Emily Dodds Powell, WSBA #49351
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 407-2200
Fax:     (206) 407-2224
Email: emilyp@calfoeakes.com

PAUL HASTINGS LLP

    Behnam Dayanim (*Admitted Pro Hac Vice*)

    2050 M Street NW
    Washington, DC 20036
    Phone: (202) 551-1737
    Fax:     (202) 551-0237
    Email: bdayanim@paulhastings.com

    Andy LeGolvan, WSBA #53418
    4747 Executive Drive, Twelfth Floor
    San Diego, CA 92121
    Phone: (858) 458-3006
    Fax:     (858) 458-3005
    Email: andylegolvan@paulhastings.com

    Sean David Unger (*Admitted Pro Hac Vice*)

    101 California Street, 48th Floor
    San Francisco, CA  94111
    Phone: (415) 856-7100
    Fax:     (415) 856-7100
    Email: seanunger@paulhastings.com

*Attorneys for Defendant Bagelcode USA, Inc.*

*Stipulation and [Proposed] Order to Stay Proceedings:*
*No 2:21-cv-00296-JLR - 5*

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745

By    s/*Eric R. Draluck*
Eric R. Draluck, WSBA No. 19881
271 Winslow Way E., Suite 11647
Bainbridge Island, WA  98110
Tel: 206.424.0234
Email: eric@dralucklaw.com

Steven L. Woodrow (*Admitted Pro Hac Vice*)
swoodrow@woodrowpeluso.com
Patrick H. Peluso (*Admitted Pro Hac Vice*)
ppeluso@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Ave., Suite 300
Denver, Colorado  80210
Tel:  (720) 213-0675;
Fax.: (303) 927-0809

*Attorneys for Plaintiff*
*Clint Engelbretson, individually and on behalf of all others similarly situated*

### ORDER

PURSUANT TO STIPULATION IT IS SO ORDERED.  The proceedings of the present case are stayed, pending the issuance of a decision by the United States Judicial Panel on Multidistrict Litigation in the case styled *In Re Google Play Store Simulated Casino-Style Games Litigation*, MDL Case No. 3001.  The Parties will promptly notify this Court of the JPML decision regarding the Transfer Motion.

DATED this 19th day of May, 2021.

_____
THE HONORABLE JAMES L. ROBART