| | |
|---|---|
| **From:** | ECF-CAND |
| **To:** | InterDistrictTransfer_WAWD |
| **Subject:** | Transferred case has been opened |
| **Date:** | Wednesday, June 23, 2021 1:41:45 PM |

CASE: 2:21-cv-00296

DETAILS: Case transferred from Washington Western has been opened in California Northern District as case 5:21-cv-04807, filed 06/23/2021.